IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 08-CR-30004-MJR ) |
| RONFREDERICK BOLING, | ) ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

Arraigned on March 31, 2008, Defendant Boling initially was scheduled to proceed to trial on June 2, 2008. In May 2008, Boling moved for appointment of a new attorney and filed a waiver of speedy trial rights. The undersigned Judge granted Boling's motion to appoint new defense counsel, appointed G. Ethan Skaggs, and continued trial to September 15, 2008. Boling then decided to enter a guilty plea, but declined to proceed with that course of action on September 11, 2008, resulting in the Court granting Boling's oral motion to continue trial and resetting trial for December 1, 2008. Boling unsuccessfully moved to disqualify attorney Skaggs prior to that setting.

Three business days before the December 1st trial setting, Boling moved to proceed pro se herein (Doc. 50). The Court conducted a hearing on that motion November 25, 2008. Defendant Boling (who was duly sworn) presented to the Court his request to represent himself (Doc. 50, page. 3) and confirmed that he does desire to